# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2019

## NO. 03-17-00696-CV

**City of New Braunfels, Texas; and YC Partners Ltd., d/b/a Yantis Company, Appellants**

**v.**

**Carowest Land, Ltd., Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICE BAKER, TRIANA, SMITH
### REVERSED AND REMANDED IN PART; DISMISSED IN PART --
### OPINION BY JUSTICE TRIANA

This is an appeal from the interlocutory order signed by the trial court on October 19, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's order denying the City of New Braunfels's plea to the jurisdiction, dismisses Yantis's appeal for lack of jurisdiction, and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.